

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00771-CV

Natalia **JACKSON**,
Appellant

v.

Christopher B. **JACKSON**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-08434
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's final decree of divorce is REVERSED. We REMAND this cause to the trial court for a new trial. Costs of court for this appeal are taxed against Appellee Christopher B. Jackson.

SIGNED August 22, 2018.

_____
Patricia O. Alvarez, Justice